

# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

Rushern L. Baker, III
County Executive

June 11, 2019

**VIA ECF**
Hon. Paul W. Grimm
U.S. District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: <u>Adebayo Adebusoye v. Prince George's County Department of Corrections, et al., Civil Action No. PWG-18-0153</u>

Dear Judge Grimm:

Pursuant to the Initial Discovery Protocol, the parties were required to submit their designated documents within 30 days of the filing of the Defendant's responsive pleading. (ECF No. 26-1 at 6). Defendant's Answer was filed on March 18, 2019. (ECF No. 22). Defendant submitted its designated documents Plaintiff' counsel on the date of April 17, 2019. Plaintiff's counsel failed to submit his designated documents to Defendant. Defendant sent three letters to Plaintiff's counsel, copies of which are attached hereto and marked as Exhibits 1, 2, and 3. These letters were mailed via regular mail and via email. To date, no responses were received to these letters. Interrogatories and Requests for Production of Documents were mailed Plaintiff's counsel on May 7, 2019, as noted in the Notice of Service attached hereto and marked as Exhibit 4. Defendant telephoned Plaintiff on three times on May 31, 2019, and twice on June 10, 2019, and left voice messages. To date, Defendant's phone calls have not been returned. Defendant submitted numerous emails to Plaintiff's counsel inquiring about the status of outstanding discovery and those emails were not read or delivered. Defendant is requesting permission to file a Motion for Sanctions in this case.

Very truly yours,

Tonia Belton-Gofreed #16176
Associate County Attorney

cc: Breon Lamar Johnson