# EXHIBIT 1



# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

**Angela D. Alsobrooks**
**County Executive**

May 7, 2019

**VIA EMAIL**
Breon Johnson
The Law Office of Breon L. Johnson
P.O. Box 72158
Rosedale, Maryland 21737

Re: **Adebayo Adebusoye v. Prince George's County Department of Corrections, et al., Civil Action No. PWG-18-0153**

Dear Mr. Johnson:

Please be advised that pursuant to the Court's Initial Discovery Protocol (ECF No. 26-1), you were required to have your initial discovery to me within 30 days after my responsive pleading was filed. In this case, the responsive pleading was filed on March 18, 2019. Your initial discovery production was due on April 17, 2019. To date, I have not received any discovery submissions from you. I have submitted to you my initial discovery and I have followed up with your office as to whether you received the documents. To date, I have not received any response from you. Please advise as to the status of your outstanding discovery and when I can expect submissions.

Sincerely,

Tonia Y. Belton-Gofreed
Associate County Attorney
Office of Law

1301 McCormick Drive, Suite 4100, Largo, Maryland 20774
(301) 952-5225 • FAX (301) 952-3071