# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ADEBAYO ADEBUSOYE** | * |
| **Plaintiff** | * |
| vs. | * Case No: PWG-18-cv-0153 |
| **PRINCE GEORGE'S COUNTY, MARYLAND** | * |
| **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S NOTICE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May 2019, copies of Defendant Prince George's County, Maryland's First Set of Interrogatories and Requests for Production of Documents were mailed via email and regular mail to:

Breon Johnson Esq.
The Law Office of Breon L. Johnson
P.O. Box 72158
Baltimore MD. 21237
Rosedale, MD. 21237

I FURTHER CERTIFY that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

By:/s/ _____
Tonia Y. Belton-Gofreed
Associate County Attorney
THE PRINCE GEORGE'S COUNTY
OFFICE OF LAW
1301 McCormick Drive
Suite 4100
Largo, Maryland 20774
(301) 952-5225 telephone
(301) 952-3071 facsimile
tbgofreed@co.pg.md.us