**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ADEBAYO ADEBUSOYE** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **vs.** | * | **Case No:  PWG-18-cv-0153** |
| | * | |
| **PRINCE GEORGE'S COUNTY,** | * | |
| **MARYLAND** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

## STATUS REPORT

Defendant Prince George's County, Maryland (hereinafter the "County"), by and through the undersigned counsel, submit this Status Report.

### A.  DISCOVERY.

Discovery is not complete and no depositions have been taken. Counsel for the Defendant has repeatedly called and emailed Plaintiff's Counsel to schedule a date for the deposition of the Plaintiff. None of my calls or emails have been returned. Today, I reached Mr.  Breon Johnson's office and they advised me that Plaintiff is no longer practicing law. His office referred me to Mr. Chares Holman, an attorney in Baltimore, Maryland. I contacted Mr. Holman and he advised that he does not represent the Plaintiff. On that basis, I cannot obtain the consent of Plaintiff's current Counsel, Mr. Breon Johnson, whose appearance is still in this case, nor can Counsel for the Defendant obtain Mr. Holman's consent to extend the discovery deadline since he is not representing the Plaintiff. On that basis, Defendant's Counsel is requesting permission to file its motion for an extension of the discovery deadline so that the parties can obtain guidance from the court in terms of how to proceed and so that depositions can proceed forward, if necessary.

**B. PENDING MOTIONS.**

No motions are currently pending. The Defendant would like to file for an extension of the discovery deadline. In the alternative, Defendant is seeking guidance from the Court.

**C. DISPOSITIVE MOTIONS.**

Defendant will be submitting a Notice of Intent to File a Dispositive Motion with the court requesting permission to file a Motion for Summary Judgment.

**D. SETTLEMENT NEGOTIATIONS.**

No settlement negotiations have taken place.

**E. SETTLEMENT CONFERENCE.**

Defendant does not believe that a Settlement Conference would be helpful.

**F. REFERRAL TO MAGISTRATE.**

Defendant does not consent to a trial before a Magistrate Judge.

Respectfully submitted,

**RHONDA L. WEAVER**
**COUNTY ATTORNEY**

**ANDREW J. MURRAY**
**DEPUTY COUNTY ATTORNEY**

/s/ *Tonia Y. Belton-Gofreed*
Tonia Y. Belton-Gofreed
Associate County Attorney
Maryland Federal Bar #16176
The Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
E-mail: tbgofreed@co.pg.md.us
(301) 952-3941 (voice)
(301) 952-3071 (facsimile)
*Counsel for Defendant*

*Date Filed: Sept. 9,2019*