IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ADEBAYO ADEBUSOYE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PRINCE GEORGE'S COUNTY, )<br>  MARYLAND )<br>)<br>Defendant )<br>) | Civil No.: PWG-18-cv-0153 |

## JOINT LETTER TO THE COURT

Plaintiff, Adebayo Adebusoye and Defendant, Prince George's County, Maryland, (collectively, the "Parties") by and through their undersigned counsel respectfully submit this joint letter to the Court.

The parties have fully briefed Defendant's Motion for Summary Judgment since November 13, 2020. The Court has not ruled on the Motion and the parties respectfully bring this issue to the Court's attention.

| Respectfully Submitted | Respectfully submitted, |
|---|---|
| /s/ Fatai A. Suleman | /s/ Tonia Y. Belton-Gofreed |
| **Fatai A. Suleman, Esquire (#14431)** | **Tonia Y. Belton-Gofreed (#16176)** |
| AMITY & SULEMAN, P.A. | Associate County Attorney |
| 7501 Greenway Center Drive, Suite 450 | Prince George's County Office of Law |
| Greenbelt, MD 20770 | 1301 McCormick Drive, Suite 4100 |
| Phone: 301-982-3434 | Upper Marlboro, MD 20772 |
| Fax: 301-982-3411 | Phone: 301-952-3941 |
| Email: faslaw@ask-lawyers.net | Fax: 301-952-3071 |
| | Email: TBGofreed@co.pg.md.us |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I caused a copy of the foregoing document to be filed through the ECF system, and that copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and as shown below:

**Tonia Y. Belton-Gofreed (#16176)**
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Upper Marlboro, MD 20772
Email: TBGofreed@co.pg.md.us

/s/ fatai A. Suleman
**Fatai A. Suleman, Esq.**

October 19, 2021.