IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ADEBAYO ADEBUSOYE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No.: PJM-18-cv-0153 |
| ) | |
| PRINCE GEORGE'S COUNTY, ) | |
| MARYLAND ) | |
| ) | |
| Defendant ) | |
| ) | |

## **PLAINTIFF'S STATUS REPORT ON SETTLEMENT CONFERENCE**

Plaintiff, Adebayo Adebusoye ("Plaintiff") by and through undersigned counsel respectfully submit this Status Report to the Court pursuant to the Court's Paperless Order of February 3, 2022 to inform the Court whether a Settlement Conference would be helpful (ECF No. 70).

While the Plaintiff believes, Defendant does not believe, that a Settlement Conference would be helpful in this case.

Respectfully submitted,
*/s/ Fatai A. Suleman*
**Fatai A. Suleman, Esquire (#14431)**
AMITY & SULEMAN, P.A.
7501 Greenway Center Drive, Suite 450
Greenbelt, MD 20770
Phone: 301-982-3434
Fax: 301-982-3411
Email: faslaw@ask-lawyers.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2022, I filed via the Court's electronic filing system, the foregoing Plaintiff's Status Report on Settlement Conference. Notice of this filing will be performed by the Court's electronic filing system, and parties may access all documents through the electronic filing system.

*/s/ Fatai A. Suleman*
Fatai A. Suleman, Esquire
