# AMITY & SULEMAN, P.A.

(Attorneys and Consultants)
MARYLAND TRADE CENTER III
7501 GREENWAY CENTER DRIVE, SUITE 450
GREENBELT, MARYLAND 20770
TELEPHONE (301) 982 3434
FACSIMILE (301) 982-3411
Email: faslaw@ask-lawyers.net

*FATAI A. SULEMAN (MD, NY & Supreme Court of the United States)*

April 4, 2022

**VIA ELECTRONIC CASE FILING (ECF)**

Honorable Peter J. Messitte
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re:** **Adebusoye v. Prince George's County, Civil No. PJM-18-cv-0153**
**Plaintiff's Notice of Opposition to Defendant's Motion in Limine**

Dear Judge Messitte:

Plaintiff, by undersigned counsel is respectfully informing the Court of Plaintiff's Opposition to Defendant's proposed Motion in Limine.

On December 21, 2021, the Honorable Judge Grimm issued the trial Memorandum in this case. (ECF No. 69). By the express Order in the trial Memorandum, the deadline by which both parties were required to file any Motion in Limine was March 21, 2022. The Order did not state that counsel should file a request to file any Motion in Limine. The Order was to file any Motion in Limine.

In contravention of the Court's Order above-stated, on March 21, 2022, Defendant filed a Correspondence requesting for permission to file a Motion in Limine. (ECF No. 76). On March 29, 2022, the Court issued a paperless Order approving Defendant's request. (ECF No. 77).

By the trial Memorandum, (ECF No. 69), any opposition to any Motion in Limine is due by April 4, 2022. Since the Defendant has not filed its Motion in Limine and its request to file the Motion in Limine has been granted by the Court, Plaintiff is respectfully informing the Court that Plaintiff is opposed to Defendant's Motion in Limine and Plaintiff will file an Opposition to the Motion in Limine when filed by Defendant.

Respectfully Submitted,

*/s/ Fatai A. Suleman*
Fatai A. Suleman, Esq.
AMITY & SULEMAN, P.A.

*Plaintiff's Attorney.*