**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

Re:     <u>Abedusoye v. Prince George's County</u>
        Civil No. PJM 18-153

Date:   April 19, 2022

********

The Court has received the Parties' Motions in Limine. There is no need for Counsel to file additional briefing. The Court will address the Motions during the hearing scheduled on May 23, 2022. However, the Pre-Trial Conference will be rescheduled to a later date to enable the proposed Pre-Trial Order to be consistent with the Court's rulings on May 23 as to the Motions in Limine. Chambers will contact Counsel regarding setting a new date for the Pre-Trial Conference.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte  
United States District Judge

CC:     Court File