IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ADEBAYO ADEBUSOYE,

    Plaintiff,

v.                      Civil No. PJM-18-0153

PRINCE GEORGE'S COUNTY,
MARYLAND,

    Defendant.

## SPECIAL VERDICT SHEET

1. Has Plaintiff proven by a preponderance of the evidence that Defendant discharged Plaintiff because of Plaintiff's national origin?

    Yes _____   No __X__

*If the answer to Question 1 is "yes," proceed to Question 2. If the answer to Question 1 is "no," do not answer any further questions on Plaintiff's claim of disparate treatment. Sign and submit the verdict sheet.*

2. Has Plaintiff proven by a preponderance of the evidence that he suffered actual damages caused solely and exclusively by Defendant's action?

    Yes _____   No _____

*If the answer to Question 2 is "yes," then you must proceed to answer the following questions.*

3. What, if any, compensatory damages do you award Plaintiff for:

   Noneconomic damages (pain, suffering, humiliation):      $_____

   Economic damages (actual bills, medical bills, and lost wages):   $_____

                                           Total compensatory damages   $_____

4. Instead of actual damages, do you find Plaintiff is only entitled to nominal damages of one dollar ($1.00)?

   Yes _____   No _____

Date: 7/5/22    SIGNATURE REDACTED  SIGNATURE REDACTED
                                             JURY FOREPERSON